Form rfiler – ntcrefilerv27.jsp

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 20−12661−SLM
    Chapter: 13
    Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Barbara Perez
   547 Sanderling Ct.
   Secaucus, NJ 07094

Social Security No.:
   xxx−xx−2917

Employer's Tax I.D. No.:

## NOTICE OF EVIDENCE OF REPEAT FILING

To: Debtor, Attorney for Debtor, Trustee and United States Trustee

You are hereby notified that the Clerk has determined that the

- [x] debtor
- [ ] joint debtor

received a discharge in case number 19−20203 , commenced on 5/20/19. Pursuant to section 727(a)(8) or 1328(f), the debtor(s) is ineligible to receive a discharge.

Objections to this matter must be in writing and filed with the Clerk on or before March 13, 2020 at

    U.S. Bankruptcy Court
    MLK Jr Federal Building
    50 Walnut Street
    Newark, NJ 07102

In the event a timely objection is filed, a hearing will be held before the Honorable Judge Stacey L. Meisel on:

DATE:         3/11/20
TIME:         10:00 AM
COURTROOM:  3A

Dated: February 21, 2020
JAN: wdh

                        Jeanne Naughton
                        Clerk