Form rfiler – ntcrefilerv27.jsp

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 20−12661−SLM
          Chapter: 13
          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Barbara Perez
   547 Sanderling Ct.
   Secaucus, NJ 07094

Social Security No.:
   xxx−xx−2917

Employer's Tax I.D. No.:

## NOTICE OF EVIDENCE OF REPEAT FILING

To: Debtor, Attorney for Debtor, Trustee and United States Trustee

   You are hereby notified that the Clerk has determined that the

- [x] debtor
- [ ] joint debtor

   received a discharge in case number 19−20203 , commenced on 5/20/19. Pursuant to section 727(a)(8) or 1328(f), the debtor(s) is ineligible to receive a discharge.

   Objections to this matter must be in writing and filed with the Clerk on or before March 13, 2020 at

          U.S. Bankruptcy Court
          MLK Jr Federal Building
          50 Walnut Street
          Newark, NJ 07102

   In the event a timely objection is filed, a hearing will be held before the Honorable Judge Stacey L. Meisel on:

   DATE:        3/11/20
   TIME:        10:00 AM
   COURTROOM:  3A

Dated: February 21, 2020
JAN: wdh

                                      Jeanne Naughton
                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 20-12661-SLM
Barbara Perez                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin            Page 1 of 1           Date Rcvd: Feb 21, 2020
                               Form ID: rfiler        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2020.
db              +Barbara Perez,    547 Sanderling Ct.,    Secaucus, NJ 07094-2220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
               of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE1 Asset Backed Pass-Through Certificates,
               Series 2006-FRE1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Tomas Espinosa    on behalf of Debtor Barbara  Perez te@lawespinosa.com,
               attespinosalawfirm@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4