UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**Order Filed on March 12, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Barbara Perez

Case No.: 20-12661 (SLM)

Hearing Date: 3/11/2020 @ 10 am

Judge: Stacey L. Meisel

Chapter: 13

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
## EXTENDING TIME TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 12, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

A motion or application having been filed on _____March 4_____, 20 20  by Tomas Espinosa on behalf of Barbara Perez for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied for lack of prosecution.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*